THE HARTFORD ELECTRIC LIGHT COMPANY *v.* WATER RESOURCES COMMISSION ET AL.

The petition by Julian D. Rosenberg for leave to file a brief and to argue before this court as amicus curiae in the appeal from the Superior Court in Hartford County is granted to the extent that permission is granted to file a brief as amicus curiae.

Submitted October 1—decided October 10, 1968

STACIA SILVESTER ET AL. *v.* THOMAS KERELEJZA

The motion by the defendant for judgment in the appeal from the Court of Common Pleas in Hartford County is denied.

*John J. Langenbach,* for the appellant (defendant).

*George S. Linardos,* for the appellees (plaintiffs).